## STATEMENT OF FACTS

On Thursday, June 23, 2005, sworn officers with the Metropolitan Police Department's Fifth District executed a D.C. Superior Court search warrant at 2230 15h Street, N.W., Washington, D.C. Officers gained entry into the house, and saw the defendant, Michael Douglas, toss a clear baggie. The defendant was stopped, and officers recovered the clear baggie which contained 100 pink and green ziplocks each containing a rock-like substance. A search of the premises revealed a another clear baggie containing 101 black and clear ziplocks each containing a rock-like substance, a digital scale, a toosie roll container with a clear baggie containing 58 pink and green ziplocks each containing a rock-like substance, a orange pill bottle containing 28 pink and green ziplocks each containing a rock-like substance, and a white piece of papering containing a green weed-like substance. Officers also recovered an ashtray containing numerous loose chunks of rock-like substance, 34 blue, yellow, and pink ziplocks containing a rock-like substance, numerous empty ziplocks, a clear baggie containing approximate 25 grams of a green weed-like substance, 2 hand-rolled blunt cigarettes containing a green weed-like substance, a loaded 9mm handgun, an additional gun magazine containing 9mm ammunition, 5 rounds of shotgun ammunition, and mail matter in the defendant's name. Officers placed the defendant under arrest. After arrest, the defendant told officers that all the stuff recovered belonged to him. Recovered from the defendant's pants pockets was approximately $1,874.00 in U.S. Currency. All of the rock-like substance recovered appeared to crack cocaine. A portion of the rock-like substance field tested positive for cocaine, and a portion of the green weed-like substance field tested positive for THC. The approximate weight of the suspected crack cocaine was 156 grams which is an amount commonly indicating that the suspected crack cocaine was going to sold to others rather than used exclusively by the defendant.

---
OFFICER VINCENT WITKOWSKI
FIFTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF JUNE, 2005.

---
U.S. MAGISTRATE JUDGE
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE