## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | **:** | |
| | **:** | **Cr No: 05-mj-363** |
| **V.** | **:** | |
| | **:** | |
| **MICHAEL DOUGLAS** | **:** | |

### LINE ENTERING APPEARANCE

Please enter the appearance of attorney Douglas Wood as private counsel for the Defendant in the above captioned case.

Respectfully submitted,

_____

Douglas Wood
6801 Kenilworth Ave. #202
Riverdale, MD 20737
(301) 699-0764

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing line has been served by mail to USAO, 555 Fourth Street, NW, Washington, DC 20530 on this 4th day of May 2005.

_____

Douglas Wood